08-5535-pr
Simmons v. Simpson

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of May, two thousand ten.

PRESENT:
>           JON O. NEWMAN,
>           JOHN M. WALKER, Jr.,
>           GERARD E. LYNCH,
>                 *Circuit Judges*.

---

David Simmons,

>       *Plaintiff-Appellant*,

>       v.                                              08-5535-pr

David Nieves, Officer, Norwalk Police Department, Jeff P. Proudfoot, Officer, Norwalk Police Department,

>       *Defendants-Appellees*.*

_____

FOR APPELLANT:         David Simmons, *pro se*, S. Norwalk, CT.

FOR APPELLEES:         M. Jeffrey Spahr Esq., Norwalk Corporation
                       Counsel, Norwalk, CT.

---

* The Clerk of the Court is instructed to amend the official caption in this case to conform to the listing of the parties above.

UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED, and DECREED, that the judgment of the district court be and hereby is AFFIRMED.

Appellant David Simmons, proceeding *pro se*, appeals from a judgment of the United States District Court for the District of Connecticut (Chatigny, *J.*) granting Appellees' motion for summary judgment and dismissing Appellant's 42 U.S.C. § 1983 complaint. We assume the parties' familiarity with the underlying facts and procedural history of the case.

This Court reviews orders granting summary judgment *de novo* and determines whether the district court properly concluded there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Cronin v. Aetna Life Ins. Co.*, 46 F.3d 196, 202-03 (2d Cir. 1995). "Where the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party, there is no genuine issue for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986) (internal quotation marks omitted).

Having reviewed Appellant's contentions on appeal and the record of proceedings below, we affirm for substantially the same reasons stated by the district court in its opinion. We have considered all of Appellant's arguments and find them to be without merit.

For the foregoing reasons, the judgment of the district court is AFFIRMED.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk